No. 10-8590 (10A737). Emmanuel Fitzgerald Hammond, Petitioner v. Brian Owens, Commissioner, Georgia Department of Corrections, et al.

562 U.S. 1208, 131 S. Ct. 1067, 178 L. Ed. 2d 881, 2011 U.S. LEXIS 1073.

January 25, 2011. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Superior Court of Georgia, Fulton County, denied. The order heretofore entered by Justice Thomas vacated.

No. 10-832 (R46-010). Igor Gunn, Petitioner v. Reliance Standard Life Insurance Company, et al.

562 U.S. 1208, 131 S. Ct. 1067, 178 L. Ed. 2d 881, 2011 U.S. LEXIS 1074.

January 26, 2011. The petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Same case below, 399 Fed. Appx. 147.